IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br>v.<br>Government Development Bank P.R. (GDB), et al.<br>Defendants | **CIVIL No. 09-01151-JP**<br>EMPLOYMENT DISCRIMINATION, TORTS<br>TRIAL BY JURY |

## NOTICE OF SERVICE

Comes now plaintiff Vicky Rodríguez, through the undersigned counsel, and states as follows: **WE HEREBY** serve this **SUMMONS** and a copy of the **COMPLAINT** filed in the United States Bankruptcy Court as Adversary Proceeding **10-00137-BKT**, on the following party, appearing in this case:

    Enid López-López

Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK, AUGUST 11th, 2010**
Date                                                                                          Signature

S/William E. Meléndez
William E. Meléndez
USDC PR No. 226902
410 Park Avenue 15th Floor, # 1223
New York, New York 10022
Tel. (718) 725-7387;
We.Melendez@e-Lex.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br>v.<br>Government Development Bank P.R. (GDB), Guillermo Camba Casas<br>Defendants | **CIVIL No. 09-02199-FAB**<br><br>RETALIATION, TORTS<br><br>TRIAL BY JURY |

## NOTICE OF SERVICE

Comes now plaintiff Vicky Rodríguez, through the undersigned counsel, and states as follows: **WE HEREBY** serve this **SUMMONS** and a copy of the **COMPLAINT** filed in the United States Bankruptcy Court as Adversary Proceeding **10-00137-BKT**, on the following parties, appearing in this case:

    Government Development Bank for Puerto Rico

    Guillermo Camba-Casas

    Mariela Rexach-Rexach

Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

**AUGUST 11th, 2010**
**Date**                                                                 **Signature**

S/William E. Meléndez
William E. Meléndez
USDC PR No. 226902
410 Park Avenue 15th Floor, # 1223
New York, New York 10022
Tel. (718) 725-7387;
We.Melendez@e-Lex.us

P.R.LBF I

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br>Vicky Rodríguez-Torres<br>**DEBTOR**<br>Vicky Rodríguez-Torres<br>**PLAINTIFF**<br><br>v.<br><br>Enid López-López, Guillermo Camba-Casas, Mariela Rexach-Rexach, Government Development Bank PR (GDB), et al.<br>**DEFENDANTS** | **CASE NO.09-10864(BKT)**<br><br>**CHAPTER 7**<br><br>**ADVERSARY PROCEEDING** |

**CERTIFICATE OF SERVICE – EXECUTED SUMMONS**

I, **William E. Meléndez**, certify that the service of this summons and a copy of the complaint was made on **Enid López-López**, at this date, **August 11th, 2010**, with the Clerk of the United States District Court for Puerto Rico, using the CM/ECF system. Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

August 11th, 2010
Date

_____
Signature

Print Name:        **William E. Meléndez**

Business address: **410 Park Avenue 15th Floor, Suite # 1233**

**New York, New York 10022**

**Tel. (718) 725-7387 We.Melendez@e-Lex.us**

P.R.LBF I

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br>Vicky Rodríguez-Torres<br>**DEBTOR**<br>Vicky Rodríguez-Torres<br>**PLAINTIFF**<br><br>v.<br><br>Enid López-López, Guillermo Camba-Casas, Mariela Rexach-Rexach, Government Development Bank PR (GDB), et al.<br>**DEFENDANTS** | **CASE NO.09-10864(BKT)**<br><br>**CHAPTER 7**<br><br>**ADVERSARY PROCEEDING** |

**CERTIFICATE OF SERVICE – EXECUTED SUMMONS**

I, **William E. Meléndez**, certify that the service of this summons and a copy of the complaint was made on **Government Development Bank for Puerto Rico**, at this date, **August 11th, 2010**, with the Clerk of the United States District Court for Puerto Rico, using the CM/ECF system. Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

August 11th, 2010                               _____
Date                                                         Signature

**Print Name:**     **William E. Meléndez**

**Business address:** **410 Park Avenue 15th Floor, Suite # 1233**

                      **New York, New York 10022**

                      **Tel. (718) 725-7387 We.Melendez@e-Lex.us**

P.R.LBF I

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br>Vicky Rodríguez-Torres<br>**DEBTOR**<br>Vicky Rodríguez-Torres<br>**PLAINTIFF**<br><br>v.<br><br>Enid López-López, Guillermo Camba-Casas, Mariela Rexach-Rexach, Government Development Bank PR (GDB), et al.<br>**DEFENDANTS** | **CASE NO.09-10864(BKT)**<br><br>**CHAPTER 7**<br><br>**ADVERSARY PROCEEDING** |

<u>**CERTIFICATE OF SERVICE – EXECUTED SUMMONS**</u>

I, <u>**William E. Meléndez**</u>, certify that the service of this summons and a copy of the complaint was made on <u>**Guillermo Camba-Casas**</u>, at this date, <u>**August 11th, 2010**</u>, with the Clerk of the United States District Court for Puerto Rico, using the CM/ECF system. Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

August 11th, 2010
Date                                            Signature

Print Name:     <u>**William E. Meléndez**</u>

Business address: <u>**410 Park Avenue 15th Floor, Suite # 1233**</u>

<u>**New York, New York 10022**</u>

<u>**Tel. (718) 725-7387 We.Melendez@e-Lex.us**</u>

P.R.LBF I

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br>Vicky Rodríguez-Torres<br>**DEBTOR**<br>Vicky Rodríguez-Torres<br>**PLAINTIFF**<br><br>v.<br><br>Enid López-López, Guillermo Camba-Casas, Mariela Rexach-Rexach, Government Development Bank PR (GDB), et al.<br>**DEFENDANTS** | **CASE NO.09-10864(BKT)**<br><br>**CHAPTER 7**<br><br>**ADVERSARY PROCEEDING** |

### CERTIFICATE OF SERVICE – EXECUTED SUMMONS

I, **William E. Meléndez**, certify that the service of this summons and a copy of the complaint was made on **Mariela Rexach-Rexach**, at this date, **August 11th, 2010**, with the Clerk of the United States District Court for Puerto Rico, using the CM/ECF system. Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

August 11th, 2010                                                            _____
Date                                                                                                    Signature

Print Name:        **William E. Meléndez**

Business address:  **410 Park Avenue 15th Floor, Suite # 1233**

                        **New York, New York 10022**

                        **Tel. (718) 725-7387 We.Melendez@e-Lex.us**