IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VICKY RODRIGUEZ TORRES<br><br>Debtor(s)<br>VICKY RODRIGUEZ TORRES<br>Plaintiff<br>GOVERNMENT DEVELOPMENT BANK OF P.R., et<br>Defendant(s) | CASE NO. 09-10864 BKT<br>CHAPTER 7<br>ADVERSARY NO. 10-00137<br><br>FILED & ENTERED ON 09/08/2010 |

### ORDER

Defendants, Puerto Rico Government Development Bank and Mariela Rexach Rexach's motion requesting extension until 9/29/10 to answer complaint, request dismissal and/or otherwise plead (docket #8) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 08 day of September, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER
GOVERNMENT DEVELOPMENT BANK OF P.R., et