# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **Bankruptcy Case** 09-10864 (BKT) |
| **Vicky Rodríguez Torres** | |
| Debtor | CHAPTER 7 |
| **Vicky Rodríguez Torres** | **Adversary Proc.** 10-00137 (BKT-7) |
| Plaintiff | |
| | **18 U.S.C. §1030** |
| v. | **18 U.S.C. §2510** |
| | **18 U.S.C. §2701** |
| **Enid López-López, Guillermo Camba-Casas,** | **42 U.S.C. §1983** |
| **Mariela Rexach Rexach, Government** | **42 U.S.C. §1985** |
| **Development Bank of P.R., et als.** | **42 U.S.C. 1988** |
| Defendants | **TORTS** |

## INDEX OF EXHIBITS

Exhibit A1   :   Transcript of Enid López' deposition held on August 26, 2009, pgs. 1-55.

Exhibit A2   :   Transcript of Enid López' deposition held on August 26, 2009, pgs. 56-117.

Exhibit B    :   Motion in Request for Order of Preservation and Litigation Hold filed on September 3, 2009, USDC-PR Case No. 09-1151(JP), Dkt. #135.

Exhibit C    :   Opposition to Plaintiffs' Motion for Order of Preservation and Request for Second Protective Order filed on September 11, 2009, USDC-PR Case No. 09-1151 (JP), Dkt. #145.

Exhibit D    :   Court order dated September 21, 2009, USDC-PR Case No. 09-1151(JP), Dkt. #169.

Exhibit E    :   Notice of Appeal of September 28, 2009, USDC-PR Case No. 09-1151(JP), Dkt. #172.

Exhibit F    :   Judgement dated June 11, 2010, USDC-PR Case No. 09-1151 (JP), Dkt. # 292.

Exhibit G    :   Opinion and Order and Final Judgment dated February 23, 2010, USDC-PR Case No. 09-1151(JP), Dkt. #s 266-267.

Exhibit H : Notice of Appeal dated March 9, 2010, USDC-PR, Dkt. #270.

Exhibit I : Order of the United States Court of Appeals for the First Circuit dated July 19, 2010, Appeal No. 10-1441.