IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | 09-10864-BKT7<br>Chapter 7<br><br>ADVERSARY PROCEEDING<br>10-00137-BKT<br><br>**18 U.S.C. § 1030,**<br>**18 U.S.C. § 2510,**<br>**18 U.S.C. § 2701,**<br>**42 U.S.C. § 1983**,<br>**42 U.S.C. § 1985,**<br>**42 U.S.C. § 1988,**<br>**TORTS** |

**LEAVE TO FILE DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

Now comes Debtor, through the undersigned attorney, and respectfully alleges and prays as follows:

1. The instant adversary proceeding was filed, and summons were issued, on August 9th, 2010. See: **ECF No. 1 – 2**.

2. Co-defendant Enid Lopez was served a summons and a copy of the complaint via US Postal Service on August 11th, 2010, as follows:



3. <u>See</u>: **Exhibit 1**, USPS Delivery Confirmation Report.

4. Co-defendant Guillermo Camba was served a summons and a copy of the complaint via US Postal Service on August 12th, 2010, as follows:



5. <u>See</u>: **Exhibit 2**, USPS Delivery Confirmation Report.

6. At least forty-six (46) days have elapsed since both co-defendants were served a summons and a copy of the complaint.

7. Neither co-defendant Enid Lopez, nor co-defendant Guillermo Camba have appeared before the Court or served an answer to the complaint.

**WHEREFORE**, for all of the above, Debtor prays that this Honorable Court:

**GRANT** Debtor leave to file a Motion for Default Judgment against co-defendant Enid Lopez and co-defendant Guillermo Camba.

**Submitted** in New York, New York, this 27th day of September, 2010.

<u>S/William E. Meléndez Menéndez</u>
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022

**2**

Tel. (718) 725-7387
We.Melendez@e-Lex.us


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York, this 27th day of September, 2010.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902