**William E. Melendez - Attorney at Law**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, September 09, 2010 6:57 PM |
| **To:** | we.melendez@e-lex.us |
| **Subject:** | USPS Shipment Info for 0310 0480 0000 0777 2784 |

This is a post-only message. Please do not respond.

Enid Lopez has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 0310 0480 0000 0777 2784

Service Type: First-Class Packages Delivery Confirmation

```
Shipment Activity          Location                                       Date & Time
------------------------------------------------------------------------------------
Delivered                  CAROLINA PR 00979                              08/11/10 12:51pm

Acceptance                 SAN JUAN PR 00907                              08/10/10  4:06pm

------------------------------------------------------------------------------------
```

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1