**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
In re: Vicky Rodríguez-Torres
Debtor
_____
Vicky Rodríguez-Torres
Plaintiff

v.

Enid López-López
Guillermo Camba-Casas
Mariela Rexach-Rexach
Government Development Bank PR, et al.
Defendants
```

```
09-10864-BKT7
Chapter 7

ADVERSARY PROCEEDING
10-00137-BKT

18 U.S.C. § 1030,
18 U.S.C. § 2510,
18 U.S.C. § 2701,
42 U.S.C. § 1983,
42 U.S.C. § 1985,
42 U.S.C. § 1988,
TORTS
```

| Case |
| --- |
| 10-bk-00137-BKT |
| Vicky Rodriguez-Torres v. |
| Mariela Rexach-Rexach |
| **Exhibit 1** |

**DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)**

Pursuant to **Fed. R. Civ. P.26(f)** – made applicable to bankruptcy proceedings by **Fed. R. Bankr. P.7026** – Debtor hereby submits her Discovery Plan in accordance with **P.R. LBR 7026-1(a)**:

1. Debtor confirms that the parties have made all initial disclosures under **Fed. R. Bankr. P. 7026(a)(1)** by **October 15th, 2010**.

2. Debtor intends to conduct discovery concerning the following subjects:

    a. Conspiracy to deliberately and willfully destroy evidence between all co-defendants;

    b. Negligent and gross negligent spoliation of evidence;

    c. Obstruction of justice and interference with Debtor's civil actions;

d. Abuse of computer access rights to alter electronic communications and prevent the subsequent legitimate access to the same;

e. GDB's Electronic Messaging And Collaboration Architecture, hosted by the Microsoft Exchange Server 2003 Enterprise Edition software:

   1. Access definition for Mailboxes;
   2. Definition of Organizations, Administrative Groups and Data Storage;
   3. User and Contact administration;
   4. Mailbox administration and parameterization of: Delivery Restrictions, Permissions, Storage Limits, Deleted Item Retention;
   5. Definition of Security and Distribution Groups;
   6. Directory Security and Control;
   7. Auditing and Auditable Events;
   8. Definition of Recipient Policies;
   9. Definition of Store Policies;
   10. Controlling the Information Store and Indexing;
   11. Backup and Recovery Plan;
   12. Global Settings for Group, Administration, and Organization Containers;
   13. Monitoring, Logging, and Tracking of Messages.

f. GDB's computer and data control security policies and procedures, including, but not limited to Microsoft Windows Server 2003;

    **g.** GDB's Business continuity plan;

    **h.** GDB's failure to preserve, search and retrieve electronic evidence;

    **i.** External and in-house counsel's failure to supervise the preservation, search and retrieval of responsive electronic evidence;

    **j.** Electronic communications between all co-defendants, amongst themselves and other third-parties not appearing in this case, regarding all of the above elements and causes of action described in the Complaint;

**3.** Debtor anticipates that discovery will be completed within the following time frame:

    **a.** Interrogatories and Requests for Production of Documents to be served by **November 5th, 2010**;

    **b.** Answers and objections due by **December 10th, 2010**;

    **c.** Reaction to Answers and Objections due by **December 24th, 2010**;

    **d.** Reply to Reactions due by **January 14th, 2011**;

    **e.** Motions to compel o otherwise resolve discovery disputes due by **January 28th, 2011**;

    **f.** Deposition of Guillermo Camba taken the week ending on: **January 14th, 2011**;

    **g.** Deposition of Enid Lopez taken the week ending on: **January 14th, 2011**;

    **h.** Deposition of Mariela Rexach taken the week ending on: **January 21st, 2011**;

    **i.** Deposition of GDB 30(b)(6) witness on Exchange Server Management taken the week ending on: **January 28th, 2011**;

    **j.** Deposition of GDB 30(b)(6) witness on Computer and Data Security taken the week ending on: **January 28th, 2011**;

    **k.** Deposition of GDB 30(b)(6) witness on Legal Compliance taken the week ending on: **January 28th, 2011**.

4. Deadline to join other parties or amend the pleadings: **November 5th, 2010**.

5. Deadline to file dispositive and pre-trial motions: **February 25th, 2011**.

6. Joint Pretrial Order will be filed on or before: **November 26th, 2010**.

7. Debtor believes that referral of this matter for mediation would not be helpful.

8. Debtor believes that a Pretrial conference would not be helpful.

**Submitted** in New York, New York, this 15th day of October, 2010.

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

which will send notification of such filing to all parties in interest.

**In New York, New York, this 15th day of October, 2010.**

<u>**S/William E. Meléndez Menéndez**</u>
**William E. Meléndez Menéndez**
USDC PR No. 226902