Case:10-00137-BKT Doc#:37-1 Filed:10/17/10 Entered:10/17/10 18:29:50 Desc:
Exhibit A - Plaintiffs Rule 26(a)(1)(A) disclosures Page 1 of 9

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br><br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | 09-10864-BKT7<br>Chapter 7<br><br>ADVERSARY PROCEEDING<br>10-00137-BKT<br><br>18 U.S.C. § 1030,<br>18 U.S.C. § 2510,<br>18 U.S.C. § 2701,<br>42 U.S.C. § 1983,<br>42 U.S.C. § 1985,<br>42 U.S.C. § 1988,<br>TORTS |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO THE PROVISIONS OF FED. R. CIV. P. 26(a)(1) AND (2)

1. Debtor and Plaintiff Vicky Rodríguez hereby makes the following initial disclosures. By making these disclosures, Debtor is not waiving any objection or privilege to the disclosure, examination, production or the admissibility related to the content or subject matter of such disclosures.

2. Not having had the benefit of examining Co-defendants' disclosures, Debtor preserves the right to amend the present initial disclosures to add additional documents or witnesses, as deemed appropriate and as will become apparent once disclosures and discovery is exchanged between the parties.

3. Debtor reserves the right to call co-defendant's witnesses as Debtor's witnesses, once these are identified.

I. <u>NAME, ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEBTOR MAY USE TO SUPPORT HER CLAIMS OR DEFENSES, IDENTIFYING THE SUBJECTS OF THE INFORMATION (FED.R.CIV.P. 26(a)(1)(A)(i))</u>

4. <u>Enid López-López, co-defendant</u> - Has personal knowledge of how she conspired with all named and yet unknown defendants to unlawfully and willfully lose, transfer, conceal, and destroy evidence in possession and under the exclusive control of GDB, and which was essential to Debtor's ability to make a successful claim in three separate causes of action: two brought in Federal District Court (09-01151-JP and 09-2199-FAB), and another Administrative procedure internal to co-defendant GDB.

5. <u>Guillermo Camba-Casas, co-defendant</u> -
   a. As record custodian responsible for securing, maintaining, preserving, and recovering all evidence Debtor proffers was lost, transferred, concealed, and destroyed, has personal knowledge of his own acts and omissions leading to said spoliation.
   b. Has personal knowledge of GDB's policies and procedures implemented for securing, maintaining, preserving, and recovering all spoiled evidence, and for implementing mitigating steps to rectify any incidents where the above policies and procedures where circumvented, leading to spoliation.

2

    c. Has personal knowledge of how he conspired with all named and yet unknown defendants to unlawfully and willfully lose, transfer, conceal, and destroy evidence in possession and under the exclusive control of GDB, and which was essential to Debtor's ability to make a successful claim in three separate causes of action: two brought in Federal District Court (09-01151-JP and 09-2199-FAB), and another Administrative procedure internal to co-defendant GDB.

6. <u>Mariela Rexach-Rexach, co-defendant</u> –

    a. As counsel for GDB in the three separate causes of action at issue in the instant complaint, has personal knowledge of her own acts and omissions leading to her failure to adequately advise and supervise GDB in their duty to preserve, retain, search and retrieve the spoiled evidence here at issue.

    b. Has personal knowledge of how she conspired with all named and yet unknown defendants to unlawfully and willfully lose, transfer, conceal, and destroy evidence in possession and under the exclusive control of GDB, and which was essential to Debtor's ability to make a successful claim in three separate causes of action: two brought in Federal District Court (09-01151-JP and 09-2199-FAB), and another Administrative procedure internal to co-defendant GDB.

7. <u>Co-defendant GDB Fed. R. Civ. P.30(b)(6) witness on Exchange Server Management</u> –

a. Has personal knowledge regarding the policies and procedures GDB has in place to control and protect all information objects and components of this corporate messaging system, and how said policies and procedures are designed to prevent unauthorized and accidental destruction of data.

b. Has personal knowledge regarding Exchange Server configurable-parameter policies, and the level of control applied to all relevant objects: databases, file-systems, and individual messages, and the business rules and organizational structure on which they are based.

c. Has personal knowledge regarding how GDB has designed, defined, implemented, and maintained Exchange Server to respond to its organizational structure, including, but not limited to, the arrangement of objects in support of the parameterization of: Information Stores, Storage Groups, Mailbox stores, and Database files.

d. Has personal knowledge of the size limitation GDB imposes on the definition of: Information Stores, Storage Groups, Mailbox stores, and Database files, and whether or not end-users are justified in deleting messages to save space.

e. Has personal knowledge regarding how GDB has implemented a Single Instance architecture database storage structure, and how an ordinary business end-users would have to exceed their authorization access to render deleted objects unrecoverable.

4

f. Has personal knowledge of GDB's designation of relevant access and control definitions, including, but not limited to: Security and Distribution Groups, Roles, Projects, and their corresponding restrictions, permissions, storage limits, and Deleted Item Retention Times.

g. Has personal knowledge of the definition and handling of: back-up and recovery functionally, administration and control utilities, transaction and monitoring logs.

h. Has personal knowledge regarding the feasibility and ease of use of Exchange's search and retrieval capabilities, and the production of off-line databases in ".*pst*" database format from the transactional native format databases.

8. Co-defendant GDB Fed. R. Civ. P.30(b)(6) witness on Computer and Data Security –

   a. Has personal knowledge regarding GDB's implementation of internal control controls and segregation of duties, regarding all relevant Information Technology components.

   b. Has personal knowledge regarding the definition of: user and group accounts; file and folder management; data sharing, security and auditing; data backup and recovery.

9. Co-defendant GDB Fed. R. Civ. P.30(b)(6) witness on Legal Compliance –

   a. Has personal knowledge of in-house counsel acts and omissions leading to the failure to adequately advise and supervise GDB in their duty to preserve, retain, search and retrieve the spoiled evidence here at issue.

b. Has personal knowledge of who conspired with all named and yet unknown defendants to unlawfully and willfully lose, transfer, conceal, and destroy evidence in possession and under the exclusive control of GDB, and which was essential to Debtor's ability to make a successful claim in three separate causes of action: two brought in Federal District Court (09-01151-JP and 09-2199-FAB), and another Administrative procedure internal to co-defendant GDB.

II. DESCRIPTION BY CATEGORY AND LOCATION OF, ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS THAT ARE IN THE POSSESSION, CUSTODY OR CONTROL OF THE PARTY AND THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (FED.R.CIV.P. 26(a)(1)(A)(ii)).

10. Microsoft Corporation Technical Publications - Published: December 12, 2006; Authored by: Exchange Server Documentation Team, Microsoft Corporation, Redmond, Washington.

   a. *Administration Guide for Microsoft Exchange Server 2003;*
   b. *Exchange 2003 Disaster Recovery Operations Guide;*
   c. *Exchange Server 2003 Client Access Guide;*
   d. *Exchange Server 2003 Deployment Guide;*
   e. *Exchange Server 2003 Message Security Guide;*
   f. *Exchange Server 2003 Operations Guide;*
   g. *Exchange Server Database Utility Guide;*
   h. *Planning a Microsoft Exchange Server 2003 Messaging System;*
   i. *Working with Microsoft Exchange Server 2003 Stores;*

j. *Working with Store Permissions in Microsoft Exchange 2000 Server and Exchange Server 2003.*

11. <u>Microsoft Corporation Technical Publications</u> - Available at: <u>http://technet.microsoft.com</u>. Last visited: October 14th, 2010.

    a. *Achieving Autonomy and Isolation with Forests, Domains, and Organizational Units;*

    b. *Journaling with Exchange Server;*

    c. *Windows Server 2003 Security Guide.*

12. <u>National Institute of Standards and Technology (NIST), U.S. Department of Commerce, Technical Publications</u> -

    a. *Guide For Mapping Types Of Information And Information Systems To Security Categories.* Published: July, 2004; Authored by: William C. Barker;

    b. *Guidelines on Electronic Mail Security.* Published: February, 2007; Authored by: Miles Tracy, Wayne Jansen, Karen Scarfonem Jason Butterfield;

    c. *Protecting Sensitive Information Processed And Stored In Information Technology (It) Systems.* Published: August, 2006; Authored by: Shirley Radack;

    d. *Protecting Sensitive Information That Is Transmitted Across Networks.* Published: July, 2005; Authored by: Shirley Radack;

    e. *Protecting Sensitive Information Transmitted In Public Networks.* Published: April, 2006; Authored by: Shirley Radack,;

 f. *Risk Management Guidance For Information Technology Systems*. Published: February, 2002; Authored by: Joan S. Hash;

 g. *Securing External Computers And Other Devices Used By Teleworkers*. Published: December, 2007; Authored by: Shirley Radack.

 h. *Technical Guide to Information Security Testing and Assessment*. Published: September, 2008; Authored by: Karen Scarfone, Murugiah Souppaya, Amanda Cody, Angela Orebaugh.

13. <u>Federal Financial Institutions Examination Council (FFIEC) Technical Publications</u> - Available at: http://www.ffiec.gov. Last visited: October 14th, 2010.

 a. *Information Security Frame Set*.

14. <u>Information Systems Audit and Control Association Technical Publications</u> - Available at: https://www.isaca.org. Last visited: October 14th, 2010.

 a. *Control Objectives for Information and Related Technologies (COBIT)*;

 b. *COBIT and Application Controls*;

 c. *Mapping NIST with COBIT*;

 d. *Mapping FFIEC with COBIT*.

15. <u>Case 09-01151-JP</u> - Docketed Documents addressing discovery issues;

16. <u>Case 09-2199-FAB</u> - Docketed Documents addressing discovery issues;

17. <u>GDB Internal Administrative Proceeding</u> -

8

a. All motions filed;

b. All counsel communications addressing discovery issues.

## III. COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY PLAINTIFF (FED.R.CIV.P. 26(a)(1)(A)(iii))

18. $500,000.00 in compensatory damages for the harm done in violation of her constitutional rights;

19. $500,000.00 in compensatory damages for physical and emotional suffering;

20. $500,000.00 in punitive damages due to the malicious and wanton nature of the violations alleged herein.

**Submitted** in New York, New York, this 14th day of October, 2010.

S/William E. Meléndez Menéndez
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us