IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | 09-10864-BKT7<br>Chapter 7<br><br>ADVERSARY PROCEEDING<br>10-00137-BKT<br><br>18 U.S.C. § 1030,<br>18 U.S.C. § 2510,<br>18 U.S.C. § 2701,<br>42 U.S.C. § 1983,<br>42 U.S.C. § 1985,<br>42 U.S.C. § 1988,<br>TORTS |

**MOTION TO INFORM FILING OF AFFIDAVIT OF NONCOMPLIANCE**

TO THE HONORABLE COURT:

Now comes Debtor, through the undersigned attorney, and respectfully alleges and prays as follows:

Debtor / Plaintiff **HEREBY** files the accompanying Affidavit of Noncompliance, pursuant to **Fed. R. Bankr. P.7026-1(f)**.

**WHEREFORE**, for all of the above, Debtor prays that this Honorable Court:

**NOTICE** all of the above;

**DEEM** appearing co-defendants GDB and Mariela Rexach-Rexach in **DEFAULT**;

**PRECLUDE** appearing co-defendants GDB and Mariela Rexach-Rexach form presenting any defenses at trial.

**Submitted** in New York, New York, this 18th day of October, 2010.

**S/William E. Meléndez Menéndez**

**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York, this 18th day of October, 2010.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902

**2**