IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | **09-10864-BKT7**<br>**Chapter 7**<br><br>**ADVERSARY PROCEEDING**<br>**10-00137-BKT**<br><br>**18 U.S.C. § 1030,**<br>**18 U.S.C. § 2510,**<br>**18 U.S.C. § 2701,**<br>**42 U.S.C. § 1983**,<br>**42 U.S.C. § 1985,**<br>**42 U.S.C. § 1988,**<br>**TORTS** |

**AFFIDAVIT OF NON-COMPLIANCE**
**WITH Fed. R. Bankr. P.7026-1(f)**

TO THE HONORABLE COURT:

Now comes attorney William E. Meléndez, appearing on behalf of Debtor and here Plaintiff Vicky Rodríguez-Torres, and under penalty of perjury states as follows:

1. On September 29th, 2010, Debtor filed a motion requesting an extension of time to comply with the requirements as set forth by **Fed. R. Civ. P.26(a)(1)** and **L. R. Bankr. P.7026-1**. See: **ECF No. 15**.

2. On October 5th, 2010, the Court granted the above mentioned motion, ordering compliance by October 15th, 2010. See: **ECF No. 24**.

3. On October 14th, 2010, the undersigned forwarded to counsel for appearing co-defendants a proposed Discovery Plan,

substantially conforming with **LBF K**, requesting their input in furtherance of a joint filing by the October 15th, 2010, deadline.

4. Counsel for appearing co-defendants, consistent with what they had shared with the undersigned during their tele-conference held on October 13th, 2010, confirmed on this date that they would be moving this Honorable Court to continue the discovery process in the instant case (See: **ECF No. 37**).

5. The undersigned's position was at all times during the conference, that the Discovery Plan was due on October 15th, 2010, and as such, asked for leave of Court to file a separate Discovery Plan on October 15th, 2010 (See: **ECF No. 35**).

6. Debtor at all times sought to diligently confer with counsel for co-defendants to file a joint Discovery Plan, to no avail. To no fault or her own, and due only to counsel for co-defendants' failure to cooperate, the parties did not file said discovery plan on the due date of October 15th, 2010.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing as true and correct, this 18th day of October, 2010, in New York, New York.**

                                          William E. Meléndez