IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VICKY RODRIGUEZ TORRES<br><br>　　　　Debtor(s)<br><br>VICKY RODRIGUEZ TORRES<br><br>　　　　Plaintiff<br><br>GOVERNMENT DEVELOPMENT BANK OF P.R., et<br><br>　　　　Defendant(s) | CASE NO. 09-10864 BKT<br><br>CHAPTER 7<br><br>ADVERSARY NO. 10-00137<br><br><br>FILED & ENTERED ON 10/21/2010 |

<u>ORDER</u>

The motion for leave to file separate Fed. R. Bankr. P. 7026-1(c) Discovery plan (docket #35) is denied.

SO ORDERED.

San Juan, Puerto Rico, this 21 day of October, 2010.

　　　　　　　　　　　　　　　　　　　　Brian K. Tester
　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

c:　DEBTOR(S)
　　WILLIAM MELENDEZ
　　WIGBERTO LUGO MENDER
　　GOVERNMENT DEVELOPMENT BANK OF P.R., et