IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VICKY RODRIGUEZ TORRES<br><br>Debtor(s)<br>VICKY RODRIGUEZ TORRES<br><br>Plaintiff<br>GOVERNMENT DEVELOPMENT BANK OF P.R., et al.<br><br>Defendant(s) | CASE NO. 09-10864 BKT<br>CHAPTER 7<br>ADVERSARY NO. 10-00137<br><br><br><br>FILED & ENTERED ON 10/21/2010 |

## ORDER

Plaintiff's motion for default judgment (docket #38) is DENIED.

SO ORDERED.

San Juan, Puerto Rico, this 21 day of October, 2010.

                                        Brian K. Tester
                                        U.S. Bankruptcy Judge

c:    DEBTOR(S)
      WILLIAM MELENDEZ
      WIGBERTO LUGO MENDER
      GOVERNMENT DEVELOPMENT BANK OF P.R., et