IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VICKY  RODRIGUEZ TORRES

CASE NO. 09-10864 BKT

CHAPTER 7

Debtor(s)

ADVERSARY NO. 10-00137

VICKY  RODRIGUEZ TORRES

Plaintiff

GOVERNMENT DEVELOPMENT BANK OF
P.R., et al.

FILED & ENTERED ON 10/21/2010

Defendant(s)

## ORDER

The Motion to stay discovery until the resolution on the motion to dismiss filed on 10/17/2010 [Dkt. No. 37] is hereby GRANTED. All discovery is held in abeyance until the Court resolves the matter of the Motion to Dismiss filed on 9/21/2010 [Dkt. No. 11].

SO ORDERED.

San Juan, Puerto Rico, this 21 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

c:   DEBTOR(S)
     WILLIAM  MELENDEZ
     WIGBERTO  LUGO MENDER
     GOVERNMENT DEVELOPMENT BANK OF P.R.