IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> VICKY RODRIGUEZ TORRES <br> Debtor(s) <br> VICKY RODRIGUEZ TORRES <br> Plaintiff <br> GOVERNMENT DEVELOPMENT BANK OF P.R. <br> Defendant(s) | CASE NO. 09-10864 BKT <br> CHAPTER 7 <br> ADVERSARY NO. 10-00137 <br><br> FILED & ENTERED ON 10/28/2010 |

**ORDER**

The motion requesting entry of order allowing Mariela Rexach to appear as counsel under Rule 3.7(a)(3) (docket #16) is granted.

SO ORDERED.

San Juan, Puerto Rico, this 28 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER
GOVERNMENT DEVELOPMENT BANK OF P.R.