IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VICKY RODRIGUEZ TORRES<br><br>　　　　Debtor(s)<br>VICKY RODRIGUEZ TORRES<br>　　　　Plaintiff<br>GOVERNMENT DEVELOPMENT BANK OF P.R., et<br>　　　　Defendant(s) | CASE NO. 09-10864 BKT<br>CHAPTER 7<br>ADVERSARY NO. 10-00137<br><br>FILED & ENTERED ON 11/15/2010 |

### ORDER

Defendant's motion for leave to file a reply to plaintiff's opposition to the motion to dismiss and for extension of time (docket #50)

SO ORDERED.

San Juan, Puerto Rico, this 15 day of November, 2010.

　　　　　　　　　　　　　　　　　Brian K. Tester
　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

c:　DEBTOR(S)
　　WILLIAM MELENDEZ
　　WIGBERTO LUGO MENDER
　　GOVERNMENT DEVELOPMENT BANK OF P.R., et