UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor**: VICKY RODRIGUEZ TORRES
**Case Number**: 10-00137-BKT     **Chapter:** 7
**Date / Time / Room**: 12/1/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**: LOURDES ALVAREZ

### Matter:

Pretrial

### Appearances:

SONIA COLON, ATTORNEY FOR GOVERNMENT DEVELOPMENT BANK OF PR
MIGUEL A CUADROS, ATTORNEY FOR DEBTOR
WILLIAM MELENDEZ, ATTORNEY FOR DEBTOR
ANDRES GORBEA DEL VALLE, ATTORNEY FOR GOVERNMENT DEVELOPMENT BANK
MARIELA REXACH REXACH, ATTORNEY AND DEFENDANT

### Proceedings:

Defendant, Attorney Mariela Rexach Rexach, submitted to the Court that whether or not the case be dismissed for lack of jurisdiction or lack of standing, the Court shall retain jurisdiction to impose sanctions for the abuse of process.

**ORDER**

Matter is UNDER ADVISEMENT (dockets #11, #48 & #56).

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge