## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | 09-10864-BKT7<br>**Chapter 7**<br><br>**ADVERSARY PROCEEDING**<br>**10-00137-BKT**<br><br>**18 U.S.C. § 1030,**<br>**18 U.S.C. § 2510,**<br>**18 U.S.C. § 2701,**<br>**42 U.S.C. § 1983,**<br>**42 U.S.C. § 1985,**<br>**42 U.S.C. § 1988,**<br>**TORTS** |

### NOTICE OF ELECTION

### TO HAVE BANKRUPTCY APPEAL HEARD IN U.S. DISTRICT COURT

TO THE CLERK OF THE COURT:

Now comes Debtor and here Plaintiff, Vicky Rodríguez-Torres through the undersigned attorney, and hereby gives notice that Debtor elects pursuant to **28 U.S.C.A. § 158(c)(1)** to have this appeal heard by the United States District Court for Puerto Rico.

**Submitted** in New York, New York this 1st day of February, 2011.

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1233
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York this 1st day of February, 2011.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902