IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | 09-10864-BKT7<br>Chapter 7<br><br>**ADVERSARY PROCEEDING**<br>**10-00137-BKT**<br><br>**18 U.S.C. § 1030,**<br>**18 U.S.C. § 2510,**<br>**18 U.S.C. § 2701,**<br>**42 U.S.C. § 1983,**<br>**42 U.S.C. § 1985,**<br>**42 U.S.C. § 1988,**<br>**TORTS** |

**DESIGNATION OF RECORD ON APPEAL**
**AND**
**STATEMENT OF ISSUES TO BE PRESENTED**

TO THE HONORABLE COURT:

Now comes Debtor and here Plaintiff and Appellant, Vicky Rodríguez-Torres through the undersigned attorney, pursuant to **Fed. R. Bankr. P. 8006**, and designates the following contents for inclusion in the record on appeal:

1. *Complaint* filed on August 9th, 2010, by VICKY RODRIGUEZ TORRES; **ECF No. 1**.

2. *Motion to Dismiss* Adversary Proceeding, filed on September 21st, 2010, by GOVERNMENT DEVELOPMENT BANK OF P.R., MARIELA REXACH REXACH; **ECF No. 11**.

3. *Opposition to MOTION TO DISMISS* filed on November 1st, 2010, by VICKY RODRIGUEZ TORRES; **ECF No. 48**.

4. *Reply to Plaintiff's Opposition to Motion to Dismiss* filed on November 18th, 2010, by GOVERNMENT DEVELOPMENT BANK OF P.R., MARIELA REXACH REXACH; **ECF No. 56**.

5. *OPINION AND ORDER granting Motion to Dismiss* filed on January 28th, 2011; **ECF No. 66**.

Appellant VICKY RODRIGUEZ TORRES further states that the following issues will be presented on appeal:

1. **Fed. R. Civ. P. 12(b)(6)** requires analysis of the legal sufficiency of the complaint.

2. **Fed. R. Civ. P. 12(b)(6)** requires court to assume that Appellant's factual allegations are true in determining sufficiency of the complaint.

3. **Fed. R. Civ. P. 12(b)(6)** precludes court from disregarding Appellant's factual merits of the case.

4. **Fed. R. Civ. P. 12(b)(6)** precludes court from determining that Appellee's factual allegations are true.

**Submitted** in New York, New York, this 10th day of February, 2011.

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Debtor
410 Park Avenue 15th Floor, Suite # 1233
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

which will send notification of such filing to all parties in interest.

**In New York, New York, this 10th day of February, 2011.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
   USDC PR No. 226902