IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VICKY RODRIGUEZ TORRES<br><br>Debtor(s)<br>VICKY RODRIGUEZ TORRES<br><br>Plaintiff<br>GOVERNMENT DEVELOPMENT BANK, et al.<br><br>Defendant(s) | CASE NO. 09-10864 BKT<br>CHAPTER 7<br>ADVERSARY NO. 10-00137<br><br>FILED & ENTERED ON 03/25/2011 |

<u>ORDER</u>

Defendant's motion for plaintiff to pay attorney fees in the amount of $34,040.57 and expenses in the amount of $617.67, for a total of $34,658.22 (docket #75) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 25 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER
GOVERNMENT DEVELOPMENT BANK, et al.