```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                     THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: | |
| VICKY RODRIGUEZ TORRES | CASE NO. 09-10864 BKT |
| | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 10-00137 BKT |
| VICKY RODRIGUEZ TORRES | |
| Plaintiff | |
| Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank<br>PR, et als. | |
| Defendant(s) | |

## TRANSMITTAL OF RECORD ON APPEAL

Appeal pursuant to 28 USC Section 158(a)(1) filed on February 1, 2011 (docket #68). Parties included in the appeal:

**Appellant:**   Vicky Rodriguez Torres (plaintiff)

**Attorney:**    William E. Melendez Melendez, Esq.
                 (USDC-PR 226902)

**Appellee:**    Enid López-López
                 Guillermo Camba-Casas
                 Mariela Rexach-Rexach
                 Government Development Bank PR

**Attorney:**    Sonia Colon Colon , Esq.
                 (USDC-PR 213809)
                 Andres C. Gorbea del Valle
                 (USDC-PR 226313)

**ORDER APPEALED:**

OPINION AND ORDER: (see order for further details) Defendants motion to dismiss shall be, and hereby is, GRANTED. Plaintiff shall pay the Defendants' fees and expenses. The Defendants are ordered to submit a motion within fourteen (14) days setting forth fees and expenses incurred in defending this adversary proceeding. Judgment will be entered accordingly. Order due by 2/11/2011. (RE: related document(s) 11 , 48 , 56 ). Signed on 1/28/2011.(LOPEZ QUINONES, MARISOL) (Entered: 01/28/2011)

**DESCRIPTION OF MATTER APPEALED:**

**1. Fed. R. Civ. P. 12(b)(6)** requires analysis of the legal sufficiency of the complaint.
**2. Fed. R. Civ. P. 12(b)(6)** requires court to assume that Appellant's factual allegations are true in determining sufficiency of the complaint.
**3. Fed. R. Civ. P. 12(b)(6)** precludes court from disregarding Appellant's factual merits of the case.
**4. Fed. R. Civ. P. 12(b)(6)** precludes court from determining that Appellee's factual allegations are true.

| **Designation in Appeal filed on: 2/10/2011 (#74)** |
| --- |
| **Counter-designation filed on: NONE FILED** |
| **Exhibits Designated and Included __ YES  X  NO** |
| **If no, please explain: None filed** |
| **Transcript Designated and Included __ YES X  NO** |
| **If no, please explain: no transcript requested** |

**The following documents are also included:**

**1.   Case docket Summary**
**2.   Notice of appeal (#68)**
**3.   Election to appeal to District Court (#69)**
**4.   Amended Order & Opinion (#73)**

**I hereby certify that I have forwarded via mail a copy of the transmittal to the following parties:**

**WILLIAM MELENDEZ**
410 Park Avenue 15th Floor # 1223
New York, NY 10022
(718)725-7387
Email: we.melendez@e-lex.us

**ANDRES C GORBEA DEL VALLE**
SCHUSTER & AGUILO, LLP.
PO Box 363128
San Juan, PR 00936-3128
(787) 765-4646
Fax : (787) 765-4611
Email: agorbea@salawpr.com

**SONIA COLON COLON**
Sonia Colon Law Offices, P.A.
P.O. Box 621597
Orlando, FL 32862-1597
407-574-8272
Fax : 888-537-4536
Email: soniaecolon@gmail.com

**WIGBERTO LUGO MENDER**
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
CARR 165 TORRE 1 SUITE 501
GUAYNABO, PR 00968

San Juan, Puerto Rico, this 24th day of March 2011.

                                        **s/MARISOL LOPEZ**
                                        **Deputy Clerk**

**DISTRICT CLERK- Please return second copy with portion below completed**

**Date:**_____      **By:** _____

**USDC Appeal Number:** _____