IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VICKY  RODRIGUEZ TORRES                      CASE NO. 09-10864 BKT

                                             CHAPTER 7

          Debtor(s)                          ADVERSARY NO. 10-00137 BKT

VICKY RODRIGUEZ TORRES

          Plaintiff

GOVERNMENT DEVELOPMENT BANK OF               FILED & ENTERED ON 04/04/2011
P.R. , et

          Defendant(s)

ORDER

    Defendants' Urgent Motion Requesting Entry of Order (docket #80) is

granted.  Plaintiff is ordered to pay $34,658.22 to defendants within

twenty (20) days.

    SO ORDERED.

    San Juan, Puerto Rico, this 04 day of April, 2011.


                                        Brian K. Tester
                                        U.S. Bankruptcy Judge