IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VICKY RODRIGUEZ TORRES<br><br>    Debtor(s)<br>VICKY RODRIGUEZ TORRES<br><br>    Plaintiff<br>GOVERNMENT DEVELOPMENT BANK OF P.R., et al.<br><br>    Defendant(s) | CASE NO. 09-10864 BKT<br>CHAPTER 7<br>ADVERSARY NO. 01-00137 BKT<br><br>FILED & ENTERED ON 04/04/2011 |

## ORDER

The Motion to vacate order filed on 4/4/11 [Dkt. No. 81] is DENIED. This Court entered an Opinion and Order on 1/28/11 [Dkt. No. 66] in which the plaintiff was ordered to pay the defendant's attorney's fees as a sanction. The Defendant was given fourteen days to file the memo for attorney's fees and costs. Defendant filed that motion on 2/11/11 [Dkt. No. 75]. On 3/25/11 [Dkt. No. 77], this Court GRANTED those fees and costs. Plaintiff has had since 1/28/11 to file an opposition to the fees and has failed to do so. Therefore, the opportunity for a hearing is inapplicable under this scenario where no objection from the plaintiff was ever filed.

SO ORDERED.

San Juan, Puerto Rico, this 04 day of April, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

c:   DEBTOR(S)
     WILLIAM MELENDEZ
     WIGBERTO LUGO MENDER
     GOVERNMENT DEVELOPMENT BANK OF P.R., et