IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VICKY RODRIGUEZ TORRES<br><br>Debtor(s)<br><br>VICKY RODRIGUEZ TORRES<br><br>Plaintiff<br><br>GOVERNMENT DEVELOPMENT BANK OF P.R. , et<br><br>Defendant(s) | CASE NO. 09-10864 BKT<br><br>CHAPTER 7<br><br>ADVERSARY NO. 10-00137<br><br>FILED & ENTERED ON 04/19/2011 |

## ORDER

The Motion to vacate order filed on 4/11/2011 [Dkt. No. 86] is Denied. Because there was no request for a stay pending appeal granted, or even requested, the plaintiff's argument is without merit.

SO ORDERED.

San Juan, Puerto Rico, this 19 day of April, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER
GOVERNMENT DEVELOPMENT BANK OF P.R. , et