# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Vicky Rodríguez-Torres<br>Debtor<br>_____<br>Vicky Rodríguez-Torres<br>Plaintiff<br><br>v.<br><br>Enid López-López<br>Guillermo Camba-Casas<br>Mariela Rexach-Rexach<br>Government Development Bank PR, et al.<br>Defendants | **09-10864-BKT7**<br>**Chapter 7**<br><br>**ADVERSARY PROCEEDING**<br>**10-00137-BKT**<br><br>**18 U.S.C. § 1030,**<br>**18 U.S.C. § 2510,**<br>**18 U.S.C. § 2701,**<br>**42 U.S.C. § 1983**,<br>**42 U.S.C. § 1985,**<br>**42 U.S.C. § 1988,**<br>**TORTS** |

## NOTICE OF APPEAL

TO THE CLERK OF THE COURT:

**Notice Is Hereby Given** that attorneys Miguel Cuadros and William Melendez, in their own name appeal to this court's order of April 19th, 2011, as set forth in **ECF No. 87**.

The names of all parties to the judgment and order appealed from and the names and contact information of their respective attorneys are as follows:

GOVERNMENT DEVELOPMENT BANK OF P.R. -

ANDRES C GORBEA DEL VALLE, SCHUSTER & AGUILO, LLP. PO Box 363128 San Juan, PR 00936-3128 (787) 765-4646 Fax: (787) 765-4611 Email: agorbea@salawpr.com;
2

SONIA COLON COLON, Sonia Colon Law Offices, P.A. P.O. Box 621597 Orlando, FL 32862-1597 407-574-8272 Fax: 888-537-4536 Email: soniaecolon@gmail.com.

MARIELA REXACH REXACH -

ANDRES C GORBEA DEL VALLE, SCHUSTER & AGUILO, LLP. PO Box 363128 San Juan, PR 00936-3128 (787) 765-4646 Fax: (787) 765-4611 Email: agorbea@salawpr.com;

SONIA COLON COLON, Sonia Colon Law Offices, P.A. P.O. Box 621597 Orlando, FL 32862-1597 407-574-8272 Fax: 888-537-4536 Email: soniaecolon@gmail.com.

ENID LOPEZ LOPEZ -

ANDRES C GORBEA DEL VALLE, SCHUSTER & AGUILO, LLP. PO Box 363128 San Juan, PR 00936-3128 (787) 765-4646 Fax: (787) 765-4611 Email: agorbea@salawpr.com;

SONIA COLON COLON, Sonia Colon Law Offices, P.A. P.O. Box 621597 Orlando, FL 32862-1597 407-574-8272 Fax: 888-537-4536 Email: soniaecolon@gmail.com.

GUILLERMO CAMBA CASAS -

ANDRES C GORBEA DEL VALLE, SCHUSTER & AGUILO, LLP. PO Box 363128 San Juan, PR 00936-3128 (787) 765-4646 Fax: (787) 765-4611 Email: agorbea@salawpr.com;
SONIA COLON COLON, Sonia Colon Law Offices, P.A. P.O. Box 621597 Orlando, FL 32862-1597 407-574-8272 Fax: 888-537-4536 Email: soniaecolon@gmail.com.

VICKY RODRIGUEZ TORRES -

WILLIAM MELENDEZ and MIGUEL CUADROS PESQUERA, 410 Park Avenue 15th Floor # 1223 New York, NY 10022 (718)725-7387 Email: we.melendez@e-lex.us

WILLIAM MELENDEZ and MIGUEL CUADROS PESQUERA -

WILLIAM MELENDEZ and MIGUEL CUADROS PESQUERA, 410 Park Avenue 15th Floor # 1223 New York, NY 10022 (718)725-7387 Email: we.melendez@e-lex.us

**Submitted in New York, New York, this 29th day of April, 2011.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902

Attorney for Appellants
410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York, this 29**$^{th}$ **day of April, 2011.**

**S/William E. Meléndez Menéndez**
**William E. Meléndez Menéndez**
USDC PR No. 226902